3.

FILED

2009 DEC 15 PM 12: 32

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
PRO SE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

### PHOENIX DIVISION

| | |
|---|---|
| In re: | CASE NO. 09-21818-RTB |
| | Adversary: 09-ap-01358 |
| Katherine Christensen | CHAPTER 7 |
| Plaintiff, Real Party in Interest | |
| V. | MOTION FOR DEFAULT AND |
| AURORA LOAN SERVICES LLC | DEFAULT JUDGMENT |
| its successors and/or assigns | |
| Defendant | |
| | Assigned to Hon. Redfield T. Baum |

Plaintiff Katherine Christensen, respectfully submits this MOTION FOR DEFAULT AND DEFAULT JUDGMENT against AURORA LOAN SERVICES LLC Defendant as authorized by Federal Rule of Civil Procedure 55.

### STATEMENT OF FACTS

1. Defendant has never responded to any of the lawful and required Qualified

MOTION FOR DEFAULT JUDGMENT-ALS                                                PAGE 1 of 3
Case 2:09-ap-01358-RTB    Doc 8    Filed 12/15/09    Entered 12/16/09 13:34:46    Desc
Main Document    Page 1 of 3

12/16/2009

Written Requests for Debt Validation authorized by Title 12 and Title 15.

2. On November 4, 2009 at 4:14pm Plaintiff served Defendants a Motion for Commencement of Adversarial Proceeding with Summons in an Adversarial Proceeding by USPS Certified Mail # 7009 0080 0002 0454 2128. USPS Track and Confirm shows that it was received by Defendant on November 9, 2009 at 11:07am.

3. Pursuant to Federal Rules of Bankruptcy Defendant had 30 days from the date of issuance of the summons to respond.

4. Defendant has not responded as per the date of this Motion, which is well beyond the 30 days allowed and therefore defaulted.

## CONCLUSION

1. Defendant did not file an answer within 30 days from the date of the issuance of the summons.

2. Real Party in Interest meets the procedural requirements for obtaining both an entry of default and default judgment.

3. Because Defendant did not file a responsive pleading or otherwise defend the suit, defendants admit they have no true and valid records to prove they had standing to bring this action.

**Wherefore Real Party in interest prays for judgment as follows:**

1. That the Court enter a default judgment in favor of Plaintiff.

MOTION FOR DEFAULT JUDGMENT-ALS    PAGE 2 of 3
Case 2:09-ap-01358-RTB    Doc 8    Filed 12/15/09    Entered 12/16/09 13:34:46    
Main Document    Page 2 of 3

12/16/2009

2. As time is of the essence, that the Court order Defendant to immediately restore ownership and return clear title of subject Property back to Plaintiff free and clear.

3. That the Court grant relief to the Plaintiff for all violations by Defendant its successors and assignees as provided by law; all costs, applicable interest, and other relief as this court deems just and necessary.

DATED: December 15, 2009

*Katherine Christensen*
Katherine Christensen
Plaintiff, Real Party in Interest

MOTION FOR DEFAULT JUDGMENT-ALS PAGE 2 of 3
Case 2:09-ap-01558-RTB Doc 8 Filed 12/15/09 Entered 12/16/09 13:34:46 Desc
Main Document Page 3 of 3

12/16/2009