# Notice Recipients

District/Off: 0970–2     User: snydera     Date Created: 12/16/2009
Case: 2:09–ap–01358–RTB     Form ID: dfltprse     Total: 1

**Recipients of Notice of Electronic Filing:**
pla     KATHERINE CHRISTENSEN     kbahai@cox.net

                                                TOTAL: 1