2)

```
 1  Katherine Christensen                                      FILED
    1134 West Grand Caymen Drive                          2009 DEC 31 AM 9:06
 2  Gilbert, Arizona 85233
    Tel: (480) 813-3885                                         CLERK
 3  Pro Se                                                 U.S. BANKRUPTCY
                                                          DISTRICT OF ARIZONA
 4
 5                      UNITED STATES BANKRUPTCY COURT
 6                           DISTRICT OF ARIZONA
 7                            PHOENIX DIVISION

 8  Katherine Christensen, In Person        )
           Plaintiff,                       )   Case No.: 09-21818-RTB
 9      Vs.                                 )   and
    AURORA LOAN SERVICES LLC,                )   Adversarial Proceeding No. 09-ap-01358-RTB
10  Mr. John Skoba d/b/a CFO AURORA          )
    LOAN SERVICES LLC, MCCARTHY              )   NOTICE TO COURT OF HAINES V.
11  HOLTHUS LEVINE LLP, PAUL M.              )   KERNER STATUS OF PLAINTIFF
    LEVINE, MATTHEW A. SILVERMAN,            )
12  JESSICA R. KENNY, PERRY &                )
    SHAPIRO LLP, CHRISTOPHER R.              )
13  PERRY, JASON P. SHERMAN, QUALITY)
    LOAN SERVICE CORP. a California          )
14  corporation, JIM MONTES d/b/a/ Vice      )
    President QUALITY LOAN SERVICE           )
15  CORP. a California corporation,          )
    MORTGAGE ELECTRONIC                      )
16  REGISTRATION SYSTEMS INC., JIM           )
    MONTES d/b/a/ Vice President             )
17  MORTGAGE ELECTRONIC                      )
    REGISTRATION SYSTEMS INC.,               )
18  GREEN RIVER CAPITAL,                     )
    COUNTRYWIDE, NORTH AMERICAN              )
19  TITLE AGENCY OF ARIZONA C/O              )
    NORTH AMERICAN TITLE                     )
20  INSURANCE CO., CHRIS MCBREARTY,)
    CHARTER FUNDING, FIRST MAGNUS            )
21  FINANCIAL, MERENDON MINING,              )
    INSTITUTE FOR FINANCIAL                  )
22  LEARNING, JOHN DOES And JANE             )
    DOES 1-100, ABC CORPORATIONS 1-          )
23  100, and XYZ PARTNERSHIPS 1-100,         )
                                             )   Assigned to: Hon. Redfield T. Baum
24          Defendants,                      )
                                             )
25
```

Plaintiff requests that this court take judicial notice that plaintiff is invoking doctrine of *Haines v. Kerner*, 404 U.S. 519 (1972) and *Louisville and N.R. v. Schmidt*, 177 U.S. 230 (1900) wherein substance governs over mere form.

RESPECTFULLY SUBMITTED this 30th Day of December, 2009

*Katherine Christensen* (signature)
Katherine Christensen, Plaintiff
Real Party in Interest