4

Katherine Christensen
1134 West Grand Caymen Drive
Gilbert, Arizona 85233
Tel: (480) 813-3885
Pro Se

FILED
2010 JAN -4 PM 2:10
U.S. BANKRUPTCY
CLERK
DISTRICT OF ARIZONA

# SUPERIOR COURT OF THE STATE OF ARIZONA

## FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Katherine Christensen, In Person ) | |
|     Plaintiff, ) | Case No.: 09-21818-RTB |
|     Vs. ) | Adversarial Case No. 09-ap-01358-RTB |
| AURORA LOAN SERVICES LLC, ) | |
| Mr. John Skoba d/b/a CFO AURORA ) | CHAPTER 7 |
| LOAN SERVICES LLC, MCCARTHY ) | |
| HOLTHUS LEVINE LLP, PAUL M. ) | AFFIDAVIT OF Katherine Christensen |
| LEVINE, MATTHEW A. SILVERMAN, ) | IN SUPPORT OF SUPPLEMENTAL |
| JESSICA R. KENNY, PERRY & ) | COMPLAINT filed 12-31-09 and |
| SHAPIRO LLP, CHRISTOPHER R. ) | SUPPLEMENTAL COMPLAINT filed |
| PERRY, JASON P. SHERMAN, QUALITY ) | 01-04-10 |
| LOAN SERVICE CORP. a California ) | |
| corporation, JIM MONTES d/b/a/ Vice ) | |
| President QUALITY LOAN SERVICE ) | |
| CORP. a California corporation, ) | |
| MORTGAGE ELECTRONIC ) | |
| REGISTRATION SYSTEMS INC., JIM ) | |
| MONTES d/b/a/ Vice President ) | |
| MORTGAGE ELECTRONIC ) | |
| REGISTRATION SYSTEMS INC., ) | |
| GREEN RIVER CAPITAL, ) | |
| COUNTRYWIDE, NORTH AMERICAN ) | |
| TITLE AGENCY OF ARIZONA C/O ) | |
| NORTH AMERICAN TITLE ) | |
| INSURANCE CO., MARICOPA COUNTY ) | |
| SHERIFF OFFICE; CHRIS ) | |
| MCBREARTY, CHARTER FUNDING, ) | |
| FIRST MAGNUS FINANCIAL, ) | Assigned to: HON. Refield T. Baum |
| MERENDON MINING, INSTITUTE FOR ) | |
| FINANCIAL LEARNING, JOHN DOES ) | |
| And JANE DOES 1-100, ABC ) | |
| CORPORATIONS 1-100, and XYZ ) | |
| PARTNERSHIPS 1-100, ) | |
| ) | |
|     Defendants, | |

## AFFIDAVIT OF Katherine Christensen
## IN SUPPORT OF COMPLAINTS

I, the Plaintiff, Katherine Christensen, a woman, hereinafter collectively listed as Affiant or Plaintiff, being of adult age, competent to testify, do hereby state that the truths and facts herein are based upon my understanding, beliefs, information and first hand requisite personal knowledge.

Further do I hereby state under the Perjury Clause and proclaim that the following information is true, correct, complete, certain, not misleading so help me God.

1. Affiant is of legal age and competent to testify.

2. Affiant has obtained firsthand knowledge of the facts stated herein.

3. Affiant does hereby declare that there are indeed material facts in dispute regarding the trustees, grantor, and hereby declares based upon their information that Plaintiff is the real and legal trustee of said questioned property and this will be proven if given the opportunity in the name of justice and Public Policy.

4. Affiant has not seen or been presented with any fact or evidence that any of the Defendants are the real holders in due course and believes that none exists.

5. Upon information and belief, AURORA LOAN SERVICES LLC and QUALITY LOAN SERVICE CORP. and MERS are not legal beneficiaries and have absolutely no right to assign anything to anybody.

6. Upon information and belief, Defendants do not have in their possession the Original Genuine Promissory Note because none exists.

7. Defendant(s) never complied with the Truth and Lending Laws which require full disclosure.

8. Plaintiff would never knowingly agree to an irrevocable trust without full knowledge of what its purpose was.

9. If Plaintiff would have received disclosure and been informed of all the consequences of the deceptive, hidden and damaging clauses, Plaintiff would not have ever agreed to such harsh and detrimental stripulations and conditions.

10. Affiant has not seen or been presented with any fact or evidence that clearly identifies the trustee as having the authority to invoke the power of sale clause as they are not party, in any capacity, to the Original wet ink mortgage contract.

11. Affiant has not seen or been presented with any fact or evidence that any of the Defendants are the real trustee with the legal right and/or contract right to foreclose. They are all strangers to the Original wet ink contract.

12. Affiant has not seen or been presented with any fact or evidence that any of the Defendants have put forth any consideration for the subject property, making the sale and reconveyance a fraudulent transfer under Arizona law.

13. Affiant has not seen or been presented with any fact or evidence that any of the Defendants disclosed and/or informed Plaintiff that she was waiving any of her rights.

14. Affiant hereby declares that under the Natural Rights of Man, which predates the United States Constitution, that the Natural Rights of Affiant/ woman cannot not be waived.

15. Affiant has not seen or been presented with any fact or evidence that any of the Defendants complied with any of the truth and lending laws and avers that the Defendants have no such evidence, This Court must grant Plaintiff's injunction and issue void judgment until a hearing to determine the facts of the situation to prevent a miscarriage of justice.

16. Affiant has not seen or been presented with any fact or evidence that any of the Defendants did, in fact, NOT alter the Original Genuine Promissory Note by affixing an Allonge to the Note, if the Original Genuine Promissory Note exists.

17. Affiant has not seen or been presented with any fact or evidence that any of the Defendants can demand and require payment in any particular form of money as they are strangers to the Original Genuine Promissory Note and contract, and believes that none exists. As they are not party to the Original Genuine Promissory Note and contract they have no standing to do any act with regard to this Original Genuine Promissory Note.

18. Affiant knows of no fact or evidence that the pleading (confession of judgment and/or cognovit and/or void judgment note) submitted by any of the Defendants was true, correct, complete, but was, in fact, misleading.

Further, Affiant saith not

DATED: This 4th day of January in the Year 2010.

*Katherine Christensen*
Katherine Christensen
1134 West Grand Caymen Drive
Gilbert, Arizona 85233
Tel: (480) 813-3885

Pro Se

JURAT:

SUBSCRIBED AND SWORN TO before me by Katherine Christensen and substantiates the authenticity of the Affidavit as true and correct and verifies this statement as what it was intended to say on this 30th day of December 2009.

Maricopa County

_____
Notary Pubic

**OFFICIAL SEAL**
ANNETTE R. DARCANGELO
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 16, 2012

My Commission expires 06/16/2012