3

Katherine Christensen
Real Party in Interest Under Injury
1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Pro Se

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

# PHOENIX DIVISION

| | |
|---|---|
| In re: | CASE NO. 09-21818-RTB |
| | Adversarial Proceeding No. 09-ap-01358-RTB |
| Katherine Christensen | |
| Plaintiff, Real Party in Interest | |
| V. | CHAPTER 7 |
| AURORA LOAN SERVICES LLC, its successors and/or assigns | MOTION TO JOIN INDISPENSABLE PARTIES IN ADVERSARIAL COMPLAINT |
| | Assigned to Hon. Redfield T. Baum |

Pursuant to Fed.R.Civ.P. Rule 20(a), Plaintiff respectfully submits this MOTION TO JOIN INDISPENSABLE PARTIES IN ADVERSARIAL COMPLAINT.

Plaintiff has recently learned that the Court needs the crucial and newly discovered evidence presently in possession of these additional parties before it can make a fair, just and honest ruling. Each of the following parties holds an understanding as to what has happened in this case and must be allowed the opportunity to help the Court with the complexities of it, yet respects the scarce judicial resources at hand to hear multiple suits.

Therefore, in the interests of justice and to conserve scarce judicial resources Plaintiff moves the Court to join the following parties as Defendants into Adversarial Proceeding No. 09-ap-01358-RTB:

1. JOHN SKOBA d/b/a CFO AURORA LOAN SERVICES LLC ; and
2. GARY WHITESIDE d/b/a CEO AURORA LOAN SERVICES LLC; and
3. MCCARTHY HOLTHUS LEVINE LLP; and
4. PAUL M. LEVINE an Arizona Licensed Bar Attorney #007292 who is also on the Board of Directors of Quality Loan Service Corp.; and
5. MATTHEW A. SILVERMAN an Arizona Licensed Bar Attorney #018919 who is also on the Board of Directors of Quality Loan Service Corp.; and
6. JESSICA R. KENNY an Arizona Licensed Bar Attorney #026615; and
7. PERRY & SHAPIRO LLP; and
8. CHRISTOPHER R. PERRY an Arizona Licensed Bar Attorney #009801; and
9. JASON P. SHERMAN an Arizona Licensed Bar Attorney #019999; and
10. QUALITY LOAN SERVICE CORP. a California corporation; and
11. JIM MONTES d/b/a/ Vice President QUALITY LOAN SERVICE CORP. a California corporation; and
12. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; and
13. JIM MONTES d/b/a/ Vice President MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; and
14. GREEN RIVER CAPITAL; and
15. COUNTRYWIDE; and

| | |
|---|---|
| 1 | 16. NORTH AMERICAN TITLE AGENCY OF ARIZONA C/O NORTH AMERICAN |
| 2 | TITLE INSURANCE CO.; and |
| 3 | 17. CHRIS MCBREARTY d/b/a Mortgage Broker CHARTER FUNDING; and |
| 4 | 18. CHARTER FUNDING; and |
| 5 | 19. FIRST MAGNUS FINANCIAL; and |
| 6 | 20. MERENDON MINING; and |
| 7 | 21. INSTITUTE FOR FINANCIAL LEARNING; and |
| 8 | 22. MARICOPA COUNTY SHERIFF OFFICE |
| 9 | 23. JOHN DOES And JANE DOES 1-100; and |
| 10 | 24. ABC CORPORATIONS 1-100; and |
| 11 | 25. XYZ PARTNERSHIPS 1-100. |

DATED: This 4th Day of January, 2010

*Katherine Christensen*
Katherine Christensen, Real Party in Interest