FORM VAN−AD029
REVISED 12/01/2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:09−bk−21818−RTB |
|    KATHERINE CHRISTENSEN | Chapter: 7 |
| *Debtor(s)* | |

| | |
|---|---|
|    KATHERINE CHRISTENSEN | Adversary No.: 2:09−ap−01358−RTB |
| *Plaintiff(s)* | |
| v. | |
|    AURORA LOAN SERVICES LLC | |
| *Defendant(s)* | |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

A hearing in the above−entitled cause will be held at the U.S. Bankruptcy Court, 230 N. First Avenue, 7th Floor, Courtroom 703, Phoenix, AZ before the Honorable Redfield T. Baum Sr. on 2/11/10 at 10:00 AM, to consider and act upon the following matters:

DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY PENDING OTUCOME OF ADVERSARIAL COMPLAINT

Pursuant to Local Bankruptcy Rule 9013(1)(c), if this hearing is on a motion, the party responding to the motion shall have 14 days after service within which to serve and file a responsive memorandum, and the moving party shall have 14 days after service of the responsive memorandum to serve and file a reply.

**Date: January 11, 2010**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** | Clerk of the Bankruptcy Court: |
| U.S. Bankruptcy Court, Arizona | |
| 230 North First Avenue, Suite 101 | **Brian D. Karth** |
| Phoenix, AZ 85003−1727 | |
| Telephone number: (602) 682−4000 | |
| www.azb.uscourts.gov | |