FORM VAN−AD029
REVISED 12/01/2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:09−bk−21818−RTB |
|   KATHERINE CHRISTENSEN<br>*Debtor(s)* | Chapter: 7 |

| | |
|---|---|
|   KATHERINE CHRISTENSEN<br>*Plaintiff(s)* | Adversary No.: 2:09−ap−01358−RTB |
| v. | |
|   AURORA LOAN SERVICES LLC<br>*Defendant(s)* | |

# NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

A hearing in the above−entitled cause will be held at the U.S. Bankruptcy Court, 230 N. First Avenue, 7th Floor, Courtroom 703, Phoenix, AZ before the Honorable Redfield T. Baum Sr. on 2/11/10 at 10:00 AM, to consider and act upon the following matters:

STATUS HEARING IN RE: COMPLAINT

Pursuant to Local Bankruptcy Rule 9013(1)(c), if this hearing is on a motion, the party responding to the motion shall have 14 days after service within which to serve and file a responsive memorandum, and the moving party shall have 14 days after service of the responsive memorandum to serve and file a reply.

**Date: January 11, 2010**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>**Brian D. Karth** |