FORM VAN–AD029
REVISED 12/01/2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                                Case No.: 2:09–bk–21818–RTB

   KATHERINE CHRISTENSEN                 Chapter: 7
*Debtor(s)*

---

   KATHERINE CHRISTENSEN                 Adversary No.: 2:09–ap–01358–RTB
*Plaintiff(s)*

v.

   AURORA LOAN SERVICES LLC
*Defendant(s)*

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

A hearing in the above−entitled cause will be held at the U.S. Bankruptcy Court, 230 N. First Avenue, 7th Floor, Courtroom 703, Phoenix, AZ before the Honorable Redfield T. Baum Sr. on 2/11/10 at 10:00 AM, to consider and act upon the following matters:

DEBTOR'S NOTICE OF FILING SUPPLEMENT TO COMPLAINT, REQUEST FOR EVIDENTIARY HEARING & ORAL ARGUMENT, JURY TRIAL DEMANDED

Pursuant to Local Bankruptcy Rule 9013(1)(c), if this hearing is on a motion, the party responding to the motion shall have 14 days after service within which to serve and file a responsive memorandum, and the moving party shall have 14 days after service of the responsive memorandum to serve and file a reply.

**Date: January 11, 2010**

**Address of the Bankruptcy Clerk's Office:**          Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                 **Brian D. Karth**
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov