# Notice Recipients

District/Off: 0970−2    User: davisl            Date Created: 1/11/2010
Case: 2:09−ap−01358−RTB  Form ID: vanad029       Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft     AURORA LOAN SERVICES LLC

                                                                TOTAL: 1

**Recipients of Notice of Electronic Filing:**
pla     KATHERINE CHRISTENSEN        kbahai@cox.net
aty     MATTHEW A. SILVERMAN         matthew.silverman@azbar.org

                                                                TOTAL: 2