Katherine Christensen
1134 West Grand Caymen Drive
Gilbert, Arizona 85233
Tel: (480) 813-3885
Pro Se

FILED
~~RECEIVED~~
2010 JAN 14 P 3:01
CLERK
U.S. BANKRUPTCY
...

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| Katherine Christensen, In Person ) <br>     Movant, ) <br>     Vs. ) <br> AURORA LOAN SERVICES LLC, ) <br> Mr. John Skoba d/b/a CFO AURORA ) <br> LOAN SERVICES LLC, MCCARTHY ) <br> HOLTHUS LEVINE LLP, PAUL M. ) <br> LEVINE, MATTHEW A. SILVERMAN, ) <br> JESSICA R. KENNY, PERRY & ) <br> SHAPIRO LLP, CHRISTOPHER R. ) <br> PERRY, JASON P. SHERMAN, QUALITY) <br> LOAN SERVICE CORP. a California ) <br> corporation, JIM MONTES d/b/a/ Vice ) <br> President QUALITY LOAN SERVICE ) <br> CORP. a California corporation, ) <br> MORTGAGE ELECTRONIC ) <br> REGISTRATION SYSTEMS INC., JIM ) <br> MONTES d/b/a/ Vice President ) <br> MORTGAGE ELECTRONIC ) <br> REGISTRATION SYSTEMS INC., ) <br> GREEN RIVER CAPITAL, ) <br> COUNTRYWIDE, NORTH AMERICAN ) <br> TITLE AGENCY OF ARIZONA C/O ) <br> NORTH AMERICAN TITLE ) <br> INSURANCE CO., MARICOPA COUNTY ) <br> SHERIFF OFFICE, CHRIS ) <br> MCBREARTY, CHARTER FUNDING, ) <br> FIRST MAGNUS FINANCIAL, ) <br> INSTITUTE FOR FINANCIAL ) <br> LEARNING, MERENDON MINING, ) <br> JOHN DOES And JANE DOES 1-100, ) <br> ABC CORPORATIONS 1-100, and XYZ ) <br> PARTNERSHIPS 1-100, ) <br> ) <br>     Defendants, ) | Case No.: 09-21818-RTB <br> Adversarial Case No. 09-ap-01358-RTB <br><br> CHAPTER 7 <br><br> OBJECTION AND REPLY TO ANSWER TO MOTION FOR COMMENCEMENT OF ADVERSARIAL PROCEEDING AND MOTION TO DISMISS ADVERSARIAL PROCEEDING <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Assigned to: Hon. Redfield T. Baum |

COMES NOW Katherine Christensen, Movant respectfully submitting this OBJECTION AND REPLY TO ANSWER TO MOTION FOR COMMENCEMENT OF ADVERSARIAL PROCEEDING AND MOTION TO DISMISS ADVERSARIAL PROCEEDING docket item #13.

**STATEMENT OF FACTS**

1. Movant is Pro Se. Movant filed what she has now learned was an almost incomprehensible first paper as a complaint when she opened an adversarial complaint on October 15, 2009.

2. Movant has continued to study and learn and realized the incompleteness and poor quality of her initial filing.

3. On December 31, 2009 Movant filed a Supplemental Complaint and then added more information along with an affidavit on January 4, 2010. Both of these filings have corrected the points which Defendant's attorneys bring forward in their filing on January 5, 2010.

4. Movant also recently learned that the four (4) adversarial complaints she had filed are inseparable from and dependant upon the same improper continuing course of conduct and evidence, albeit the four (4) separate transactions are on two (2) different pieces of property. Out of respect for this court's time and resources, Movant has filed a motion to Consolidate the four adversarial proceedings. This also demonstrates Movant's continuing legal education and her efforts to properly apply the Rules of Civil Procedure.

5. If Movant is in violation of the rules as of today she is unaware of it. She is making every effort to comply.

6. Movant respectfully reminds Defendant's attorneys they have not yet complied with the very same Rules of Civil Procedure for, inter alia such as not filing a notice of appearance; not filing a claim as creditor; and not verifying that the Creditor they represent has legal standing

to foreclose. Mr. Holthus from your firm has already been sanctioned for not complying with Rule 9011 in a court in California.

**WHEREFORE** Plaintiff prays for Judgment as follows, that the Court:

1. Deny Defendant's Motion to dismiss adversarial proceeding.
2. Set a date for an evidentiary hearing as soon as possible.

RESPECTFULLY SUBMITTED this 14th Day of January 2010.

*/s/ Katherine Christensen*
Katherine Christensen, Pro Se
1134 West Grand Caymen Drive
Gilbert, Arizona 85233
Tel: (480) 813-3885