Katherine Christensen
1134 West Grand Caymen Drive
Gilbert, Arizona 85233
Tel: (480) 813-3885
Pro Se

FILED SAL
~~RECEIVED~~
2010 JAN 14 P 2:51
CLERK
U.S. BANKRUPTCY
ARIZONA

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| Katherine Christensen, In Person<br>    Movant,<br>    Vs.<br>AURORA LOAN SERVICES LLC,<br>Mr. John Skoba d/b/a CFO AURORA LOAN SERVICES LLC, MCCARTHY HOLTHUS LEVINE LLP, PAUL M. LEVINE, MATTHEW A. SILVERMAN, JESSICA R. KENNY, PERRY & SHAPIRO LLP, CHRISTOPHER R. PERRY, JASON P. SHERMAN, QUALITY LOAN SERVICE CORP. a California corporation, JIM MONTES d/b/a/ Vice President QUALITY LOAN SERVICE CORP. a California corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., JIM MONTES d/b/a/ Vice President MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., GREEN RIVER CAPITAL, COUNTRYWIDE, NORTH AMERICAN TITLE AGENCY OF ARIZONA C/O NORTH AMERICAN TITLE INSURANCE CO., MARICOPA COUNTY SHERIFF OFFICE, CHRIS MCBREARTY, CHARTER FUNDING, FIRST MAGNUS FINANCIAL, INSTITUTE FOR FINANCIAL LEARNING, MERENDON MINING, JOHN DOES And JANE DOES 1-100, ABC CORPORATIONS 1-100, and XYZ PARTNERSHIPS 1-100,<br><br>    Defendants, | Case No.: 09-21818-RTB<br>Adversarial Case No. 09-ap-01358-RTB<br><br>CHAPTER 7<br><br>MOTION FOR PROOF OF AUTHORITY TO REPRESENT<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Assigned to: Hon. Redfield T. Baum |

MOTION FOR PROOF OF AUTHORITY TO REPRESENT
Case 2:09-ap-00958-RTB    Doc 26    Filed 01/14/10    Entered 01/15/10 13:40:02    Desc
Main Document    Page 1 of 2

01/15/2010

COMES NOW Katherine Christensen, Movant respectfully submitting this MOTION FOR PROOF OF AUTHORITY TO REPRESENT

## STATEMENT OF FACTS

1. Movant was summoned to Arizona Superior Court twice, June 16, 2009 and June 25, 2009 on two forcible detainer actions CV2009-016715 and CV2009-019130 on the same property, 1134 W. Grand Caymen Drive, Gilbert Arizona, with the same lender, Aurora Loan Services LLC ("ALS") with two different law firms, McCarthy Holthus Levine ("MHL") and Perry & Shapiro ("P&S").

2. Obviously they both don't represent ALS or perhaps they represent other parties who have an interest in this litigation. In either event both law firms sent lawyers to court who made representations on behalf of ALS.

3. No lawyer(s) has ever filed a Notice of Appearance with this court or with Superior Court.

4. Movant is in doubt as to whether ALS is in fact represented and if so, by whom. Movant is in further doubt as to the identity of the client of MHL and the identity of the client as to P&S.

**WHEREFORE** Plaintiff prays for Judgment as follows, that the Court issue:

1. An Order for clarification of who is representing Aurora Loan Services LLC.

2. An Order for a complete list of Respondents whom McCarthy Holthus Levine is representing in this action.

3. An Order for proper and legal notice of appearance into this case by appropriate attorneys.

RESPECTFULLY SUBMITTED this 14th Day of January 2010.

*Katherine Christensen* (signature)
Katherine Christensen, Pro Se
1134 West Grand Caymen Drive
Gilbert, Arizona 85233
Tel: (480) 813-3885