UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:  Case No.: 2:09-bk-21818-RTB

KATHERINE CHRISTENSEN  Chapter: 7
*Debtor(s)*

---

KATHERINE CHRISTENSEN  Adversary No.: 2:09-ap-01358-RTB
*Plaintiff(s)*

v.

AURORA LOAN SERVICES LLC
*Defendant(s)*

---

## CERTIFICATE OF SERVICE

I, **Thomas Ford McFadden**, certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on **November 4, 2009** by:

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Sevice: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

**AURORA LOAN SERVICE LLC**
10350 Park Meadow Drive
Littleton, Colorado 80124

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _November 4, 2009_   By: _Thomas-Ford : McFadden_  All rights invoked and Reserved
(Signature)

_Thomas Ford : McFadden_
(Print Name)

_____
(Business Address)

_____
(City, State, Zip Code)



Home | Help | Sign In

**Track & Confirm**          **FAQs**

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 0080 0002 0454 2128**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
              **Return Receipt**
Status: **Delivered**

Your item was delivered at 11:07 AM on November 9, 2009 in LITTLETON, CO 80130.

Detailed Results:

- **Delivered, November 09, 2009, 11:07 am, LITTLETON, CO 80130**
- **Arrival at Pick-Up-Point, November 07, 2009, 9:15 am, LITTLETON, CO 80130**
- **Arrival at Unit, November 07, 2009, 5:20 am, LITTLETON, CO 80130**
- **Acceptance, November 04, 2009, 4:14 pm, CHANDLER, AZ 85225**

Track & Confirm
Enter Label/Receipt Number.

Go >

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

# EVIDENCE OF SERVICE

True unaltered copy of receipt for  ☐ United States Certified Mail   ☐ Return Receipt Requested
                                    ☐ United States Express Mail    ☐ Postal Service receipt for currency

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

LONE TREE CO 80124

| | | |
|---|---|---|
| Postage | $ $0.61 | 0200 |
| Certified Fee | $2.80 | 01 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.71 | 11/04/2009 |

Sent To: AURORA LOAN SERVICE LLC
Street, Apt. N or PO Box No: 10350 Park Meadow Drive
City, State, ZIP: Littleton, Colorado 80124

PS Form 3800, August 2006    See Reverse for Instructions

7009 0080 0002 0454 2128

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
AURORA LOAN SERVICE LLC
10350 Park Meadow Drive
Littleton, Colorado 80124

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature  X _____  ☑ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 0080 0002 0454 2128

PS Form 3811, February 2004   Domestic Return Receipt

---

State of _____ )
                        ) ss.:       **COPY CERTIFICATION**
County of _____ )

On this _____ day of _____, 20 _____, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that this is a true and correct copy which I made of the original document(s).

WITNESS my hand and official seal.

_____  _____  (Seal)
**NOTARY PUBLIC**                 **DATE**

My commission expires: _____, 20_____   (Stamp)

Copy

Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Without Representation

RECEIVED
2009 OCT 15 PM 3: 00
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CASE NO. 09-21818 |
| KATHERINE CHRISTENSEN Plaintiff | MOTION FOR COMMENCEMENT OF ADVERSARIAL PROCEEDING |
| V. | |
| AURORA LOAN SERVICES LLC its assignees and/or successors Defendant | |

Plaintifff KATHERINE CHRISTENSEN, respectfully submits this MOTION FOR COMMENCEMENT OF ADVERSARIAL PROCEEDING. Plaintiff objects to any and all claims because AURORA LOAN SERVICES LLC Defendant has never produced the original note or responded to any of the numerous lawful requests submitted under Notary Seal and Presentment for debt validation as per Title 12 and Title 15. To begin the Adversarial Proceeding Plaintiff requests Discovery starting from when the account was at $0 until the present. Defendant's forensic accounting should state everything that is in their records, including but not limited to everything that has been withheld from Plaintiff.

DATED: October 15, 2009

_Katherine Christensen_
Katherine Christensen

ADVERSARIAL PROCEEDING-ALS                                                                 PAGE 1 of 1
Case 2:09-ap-01358-RTB    Doc 27    Filed 01/14/10    Entered 01/15/10 18:49:45    Desc
Main Document    Page 5 of 5

01/15/2010