Matthew A. Silverman (018919)
Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
(602) 230-8726

Attorneys for Defendant,
Aurora Loan Services, LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Katherine Christensen,<br><br>        Debtor.<br>_____<br>Katherine Christensen, Debtor;<br><br>        Plaintiff,<br><br>  v.<br><br>Aurora Loan Services, LLC, its assignees and/or successors,<br><br>        Defendant.<br>_____ | Case No. 2:09-bk-21818-RTB<br><br>Adversary No. 2:09-ap-1358<br><br>Chapter 7<br><br>**NOTICE SETTING HEARING ON DEFENDANT'S MOTION TO DISMISS ADVERSARY PROCEEDING**<br><br>**Date: February 11, 2010**<br>**Time: 10:00 A.M.**<br>**Ctrm: #703**<br>**Place: 230 North First Avenue**<br>       **Phoenix, AZ 85003** |

**TO: DEBTOR, ATTORNEY FOR DEBTOR, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that a Preliminary Hearing on Movant's Motion to Dismiss Adversary Proceeding has been set before the Honorable Redfield T. Baum Sr., for the

File No. AZ09-47019            1            Case No. 2:09-bk-21818-RTB
NOTICE OF PRELIMIANRY HEARING

| | |
|---|---|
| 1 | following: **On, February 11, 2010 at 10:00 a.m. in Courtroom #703, this is located at 230** |
| 2 | **North First Avenue, Phoenix, AZ 85003.** |
| 3 | . |
| 4 | DATED: February 3, 2010 |
| 5 | **McCarthy ◆ Holthus ◆ Levine** |
| 6 | |
| 7 | By: /s/ Matthew A Silverman |
| 8 | Matthew A Silverman, Esq.<br>3636 North Central Avenue |
| 9 | Suite 1050<br>Phoenix, AZ  85012 |
| 10 | Attorneys for Movant |

| | |
|---|---|
| 1 | Paul M. Levine (007202) |
| 2 | Matthew A. Silverman (018919) |
|   | Jessica R. Kenney (026615) |
| 3 | **McCarthy ♦ Holthus ♦ Levine** |
|   | 3636 North Central Avenue |
| 4 | Suite 1050 |
|   | Phoenix, AZ 85012 |
| 5 | Telephone: (602) 230-8726 |
| 6 | Attorney for Defendant |
|   | Aurora Loan Services, LLC, its assignees and/or successors |

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | Case No. 2:09-bk-21818-RTB |
| Katherine Christensen, | Adversary No. 2:09-ap-1358 |
| Debtor. | Chapter 7 |
| Katherine Christensen, Debtor; | **PROOF OF SERVICE OF NOTICE SETTING HEARING ON DEFENDANT'S MOTION TO DISMISS ADVERSARY PROCEEDING** |
| Plaintiff, | |
| v. | |
| Aurora Loan Services, LLC, its assignees and/or successors, | **Date: February 11, 2010** |
| | **Time: 10:00 A.M.** |
| Defendant. | **Ctrm: #703** |
| | **Place: 230 North First Avenue** |
| | **Phoenix, AZ 85003** |

On February 3, 2010, I served the foregoing documents described as **PROOF OF SERVICE OF NOTICE SETTING HEARING ON MOTION TO DISMISS ADVERSARY PROCEEDING**, on the following individuals by placing true copies thereof in the United States Mail, at San Diego, California, enclosed in sealed envelopes, with postage paid, addressed as follows:

COUNSEL FOR DEBTOR
Katherine Christensen
Pro Se

DEBTOR
Katherine Christensen
1134 West Grand Caymen Drive
Gilbert, AZ 85233

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Warb Wilcox